UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEICO INDEMNITY COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA.,<br><br>                    Defendant(s). | 24 Civ. 5860 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **November 11, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **November 18, 2024,** at **12:15 P.M. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.

Following the close of discovery, the parties shall attend a case management conference before the Court on **January 29, 2025**, **at 2:30 P.M. EST**. Parties may join the conference by dialing 646-453-4442 and entering conference ID: 856 396 766, followed by the pound (#) key. The parties shall submit a joint status letter by **January 22, 2025**. The letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

Unless otherwise ordered by the Court, the parties shall submit to the Court for its approval a Joint Pretrial Order—prepared in accordance with the Court's Individual Trial Rules and Procedures and Rule 26(a)(3)—by **February 28, 2025**.

SO ORDERED.

Dated: November 13, 2024
       New York, New York

                                                DALE E. HO
                                    United States District Judge